ACCEPTED
01-15-00226-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
9/14/2015 11:03:03 AM
CHRISTOPHER PRINE
CLERK

## No. 01-15-00226-CR

In the
Court of Appeals
for the
First District of Texas
At Houston

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
9/14/2015 11:03:03 AM
CHRISTOPHER A. PRINE
Clerk

————◆————

**No. 1450840**
In the 177th District Court
Of Harris County, Texas

————◆————

# WEYLIN WAYNE ALFORD
*Appellant*
v.
# THE STATE OF TEXAS
*Appellee*

————◆————

## STATE'S MOTION FOR EXTENSION OF TIME IN WHICH TO FILE AN APPELLATE BRIEF

————◆————

**TO THE HONORABLE COURT OF APPEALS OF TEXAS:**

COMES NOW THE STATE OF TEXAS, in accordance with Rules 10.5(b)(1) and 38.6(d) of the Texas Rules of Appellate Procedure, and files this motion for an extension of time in which to file the State's Brief in this cause, and, in support thereof, presents the following:

1. On February 24, 2015, appellant was convicted of aggravated assault of a public servant and sentenced to 35 years in the Institutional Division of the Texas Department of Criminal Justice.

2. Appellant filed a timely written notice of appeal.

3. The State's Brief is due on September 14, 2015.

4. An extension of time in which to file the State's Brief is requested until October 14, 2015. No previous extensions have been granted.

5. The following facts are relied upon to show good cause for the requested extension:

    i.   The undersigned attorney has been engaged in the preparation of the State's Brief in Cause Nos. 14-15-00051-CR & 14-15-00052-CR, *Glen Dale Carter, Appellant v. The State of Texas, Appellee*, which was filed on August 27, 2015.

    ii.  The undersigned attorney has been engaged in the preparation of the State's Brief in Cause No. 14-14-00638-CR, *Jaime Arturo Sanchez, Appellant v. The State of Texas, Appellee*, which was filed on September 11, 2015.

    iii. The undersigned attorney has been engaged in the preparation of the State's Brief in Cause Nos. 14-15-00073-CR & 14-15-00074-CR, *Jesse Clyde Roderick, Appellant v. The State of Texas, Appellee*, which is due to be filed on October 8, 2015.

WHEREFORE, the State prays that this Court will grant an additional extension of time until October 14, 2015 in which to file the State's Brief in this cause.

Respectfully submitted,

/s/ Heather A. Hudson
**HEATHER A. HUDSON**
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas  77002
(713) 755-5826
State Bar No. 24058991
hudson_heather@dao.hctx.net
curry_alan@dao.hctx.net

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing instrument has been submitted

for service by e-filing to the following address:

> Daucie Schindler
> Assistant Public Defender
> 1201 Franklin, 13th Floor
> Houston, Texas 77002
> Tel: (713) 274-6717
> Fax: (713) 368-9278
> Daucie.Schindler@pdo.hctx.net

/s/ Heather A. Hudson
**HEATHER A. HUDSON**
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas  77002
(713) 755-5826
State Bar No. 24058991

Date:  September 14, 2015